445 A.2d 101

**COMMONWEALTH of Pennsylvania**

v.

**Douglas CLARK, Appellant.**

**No. 80–3–381.**

Supreme Court of Pennsylvania.

Argued April 16, 1982.

Decided May 19, 1982.

Robert A. Rovner (Court-appointed), Feasterville, for appellant.

Robert B. Lawler, Chief, Appeals Div., Marianne Cox, Asst. Dist. Attys., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.